IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT ATHENS, GEORGIA



## MINUTE SHEET re: TRIAL DAY 1 HEARING (CONTESTED/EVIDENCE ENTERED)

Date: November 11, 2019           Court Time for JS10: 3hrs 23mins

Judge: CHIEF JUDGE CLAY D. LAND     Court Reporter: Betsy Peterson

Courtroom Deputy: Geoffery Gunn     Interpreter: N/A

Case Number: **3:17-cv-00128-CDL**

**LILY C SMITH**                    Counsel: **PETER STECKEL**
v.

**ADVANTAGE BEHAVIORAL HEALTH**     Counsel: **EVE APPELBAUM and NOAH**
**SYSTEMS and**                     **GREEN**
**GEORGIA DEPARTMENT OF COMMUNITY**
**HEALTH**

Agents:/Experts in Attendance:

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

- (**8:30 am**) Jurors reported for duty (orientation, video, etc.) **T1**
- 15 minute break
- 10:30 Enter Judge Land (welcome, jury oath administered, requests to be excused addressed, general voir dire, case specific voir dire)
- **10:50** Jurors #1-50 will stay. Jurors #51-95 are excused and will return at 1:30 pm
- Parties in this case are excused until 1:30pm November 11, 2019
- 1:30 The Parties announced that this case has settled.
- 1:32 The jury #51-94 are excused.
- 1:33 This hearing is adjourned.