IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LILY C. SMITH, § | |
| § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION FILE NO. |
| § | 3:17-CV-00128-CDL |
| v. § | |
| § | |
| ADVANTAGE BEHAVIORAL § | |
| HEALTH SYSTEMS, § | |
| § | |
| *Defendant*. § | |
| § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Lily C. Smith and Defendant Advantage Behavioral Health Systems, through counsel, stipulate that the above-styled action be dismissed WITH PREJUDICE. The Clerk of Court is hereby directed to mark said case "Dismissed with Prejudice" upon the docket of this Court. All parties shall bear their own costs and expenses, with the exception of the jury costs which shall be split between the parties.

This 20th day of December, 2019.

| | |
|---|---|
| /s/ Peter Steckel | /s/ Noah Green |
| Peter Steckel | Noah Green |
| Georgia Bar No. 491936 | Georgia Bar No. 468138 |
| 54 S. Main St. | 9 Lenox Pointe NE, Suite B |
| Watkinsville, GA 30677 | Atlanta, GA 30324 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I do hereby certify that I this 20th day of December 2019 served the within and foregoing by filing it with the Clerk via the CM/ECF system, which will provide electronic notice and service to the following counsel of record:

Peter Steckel
Georgia Bar No. 491936
54 S. Main St.
Watkinsville, GA 30677

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Counsel for Defendant*